# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:09CV394-1-MU

| | |
|---|---|
| RANDOLPH A. WATTERSON, | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| MAX DAVIS, et al., | ) |
| Defendants. | ) |

**THIS MATTER** comes before the Court upon Plaintiff's "Motion to Deny Defendants Request for Extension of Time/Amend Name/Motion to Compel," (Doc. No. 14), filed October 20, 2009.

On October 14, 2009, this Court granted Defendants' Motion for Extension of Time. As such, Plaintiff's motion to deny this request is moot.

Plaintiff informs the Court that he has just learned that Defendant Wilkinsen's last name is actually spelled "Wilkinson." He asks to allow the record to reflect the proper spelling. Such request is granted.

Finally, Plaintiff requests that the Court compel Defendants to produce various documents and videos. Defendants have not yet even responded to Plaintiff's Complaint. Consequently, Plaintiff's request is premature and is denied. After Defendants have responded to Plaintiff's Complaint, Plaintiff, if necessary, may file another request.

**IT IS, THEREFORE, ORDERED that** Plaintiff's Motion to Deny Defendants Request for Extension of Time/Amend Name/Motion to Compel" is **GRANTED** to the extent the Clerk is Ordered to correct the spelling of Defendant Wilkinson's name. In all other respects, Plaintiff's motion is **DENIED.**

Signed: October 30, 2009

Graham C. Mullen
United States District Judge