IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09CV394-1-MU

RANDOLPH A. WATTERSON, )
)
       Plaintiff, )
vs. )    **ORDER**
)
S. WILKINSON, et al., )
)
       Defendants. )
)

**THIS MATTER** comes before the Court upon its own motion.

Plaintiff has filed a Complaint pursuant to 42 U.S.C. § 1983. If either party wishes to file a dispositive motion, such a motion must be filed with this Court within sixty days of the filing of this Order.

**THEREFORE, IT IS HEREBY ORDERED** that all dispositive motions must be filed with the Court within sixty (60) days of the filing of this Order.

Signed: January 20, 2010

Graham C. Mullen
United States District Judge