# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:09CV394-1-MU

| | |
|---|---|
| RANDOLPH A. WATTERSON, | )<br>)<br>) |
| Plaintiff, | ) |
| Vs. | )   **ORDER** |
| MAX DAVIS, et al., | )<br>)<br>) |
| Defendants. | ) |

**THIS MATTER** comes before the Court upon its own motion.

On September 11, 2009, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983 in this Court against three defendants. On September 22, 2009, this Court dismissed Max Davis from the case and ordered the remaining two defendants to respond to Plaintiff's Complaint. In the last six months that Plaintiff's case has been pending with this Court, Plaintiff has filed approximately seventeen separate motions. In the last six weeks alone, Plaintiff has filed ten motions. Plaintiff's continuous filings are severely impacting the Court's ability to proceed with this case. In order to stop Plaintiff's vexatious and voluminous filings, the Court hereby enjoins Plaintiff from filing further documents in this case unless directed to do so by this Court.

**IT IS THEREFORE ORDERED THAT** Plaintiff is enjoined from filing any further documents in this case without the express permission of this Court.

Signed: June 2, 2010

Graham C. Mullen
United States District Judge